UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:02-CR-00628-LDG-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MOEZ ZAKRAOUI | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#64), sentencing held on August 1, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: AFFILIATED FM INSURANCE CO
Amount of Restitution: $45,236.02

Name of Payee: PAN PACIFIC RETAIL PROPERTIES
Amount of Restitution: $5,000.00

**Total Amount of Restitution ordered: $50,236.02\*\***

**\*\*Joint and several with co-defendants Gina Zakraoui and David Benedetti**

Dated this _1_ day of ~~October~~ November, 2019.

_____
UNITED STATES DISTRICT JUDGE